IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES GRANT MOZINGO,**<br>    Plaintiff, | )<br>)<br>) |
| v. | )    **CIVIL ACTION NO. 1:20-00504-N** |
| | ) |
| **KILOLO KIJAKAZI,** *Acting*<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff James Grant Mozingo and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Mozingo's application for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 28th day of June 2022.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**